[No. 39285-9-I.     Division One.     May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE EDWARD SPEED, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01956-5, Ronald L. Castleberry, J., entered August 2, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Ellington, JJ.

[No. 39661-7-I.     Division One.     May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NOE GAMALIEL-CORTEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03661-3, H. Joseph Coleman, J. Pro Tem., entered October 21, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39686-2-I.     Division One.     May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. AGUSTIN MARTINEZ RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01085-0, David F. Hulbert, J., entered October 10, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 39728-1-I.     Division One.     May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ALLEN CRILLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07307-3, John M. Darrah, J., entered November 1, 1996. *Reversed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Coleman, J.